**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DAVID LAVELLE HANDY,**
      **Plaintiff,**

**vs.**                           **Case No. 3:07cv449/MCR/MD**

**OKALOOSA COUNTY DEPARTMENT
OF CORRECTIONS,**
      **Defendant.**

---

### REPORT AND RECOMMENDATION

        **This cause is before the court upon referral from the clerk.   Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*.  On November 21, 2007, this court entered an order granting plaintiff leave to proceed *in forma pauperis* (doc. 8) and assessing an initial partial filing fee of $7.29.  Plaintiff was given thirty (30) days in which to submit the fee.  After receiving no payment from plaintiff, an order was entered giving him twenty (20) days to pay the fee or risk dismissal of his complaint.  This order was returned as undeliverable and to date, plaintiff has made no payment or explained his inability to do so.  Additionally, plaintiff has recently had another case dismissed for his failure to pay the partial filing fee.  See 3:07cv373/RV/MD.**

        **Accordingly, it is respectfully RECOMMENDED:**

        **That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.**

        **DONE AND ORDERED this 22nd day of January, 2008.**

/s/ *Miles Davis*

**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**

*Case No: 3:07cv449/MCR/MD*