### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**DAVID LAVELLE HANDY,**

     **Plaintiff,**

**vs.**                                          **CASE NO.:  3:07cv449/MCR/MD**

**OKALOOSA COUNTY DEPARTMENT**
**OF CORRECTIONS,**

     **Defendant.**

_____/

### O R D E R

       **Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 22, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.**

       **Accordingly, it is now ORDERED as follows:**

       **1.**     **The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

       **2.**     **This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.**

       **DONE AND ORDERED this 22nd day of February, 2008.**

                            s/ *M. Casey Rodgers*

                            **M. CASEY RODGERS**
                            **UNITED STATES DISTRICT JUDGE**